IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM AKBAR-JONES, | No. 2:13-CV-0058-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL McDONALD, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, has removed this civil action from Lassen County Superior Court. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket accordingly.

DATED: January 16, 2013

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1