IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAKIM AKBAR-JONES,            No. 2:13-CV-0058-JAM-CMK-P

   Plaintiff,

   vs.                        FINDINGS AND RECOMMENDATIONS

MICHAEL McDONALD,

   Defendant.

_____/

       Plaintiff, a prisoner proceeding pro se, has removed this civil action from Lassen County Superior Court. The removal of cases from state court is governed by 28 U.S.C. §§ 1441-1455. Pursuant to 28 U.S.C. § 1446(c)(4), this court is required to examine the notice of removal and determine whether the removal should be permitted or be summarily remanded. In addition, defendant has filed a motion to remand (Doc. 5).

       28 U.S.C. § 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants . . . ." The right to remove a case is therefore vested in the defendant or defendants of an action, not in the plaintiff. Indeed, a plaintiff is precluded from removing actions to federal court. See Progressive West Ins. Co. v. Preciado, 479 F.3d 1014, 1018 (9th

1  Cir. 2007) (citing Shamrock Oil & Gas Corp. v. Sheets, 313 U.S.C. 100 (1941)).

2         Based on the foregoing, the undersigned finds plaintiff has no right to remove this
3  action from the State court.  It is therefore recommended that defendant's motion to remand be
4  granted and this action be remanded back to the Lassen County Superior Court.

5         These findings and recommendations are submitted to the United States District
6  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days
7  after being served with these findings and recommendations, any party may file written
8  objections with the court.  Responses to objections shall be filed within 14 days after service of
9  objections.  Failure to file objections within the specified time may waive the right to appeal.
10 See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

12  DATED: January 23, 2013

14                              CRAIG M. KELLISON
                                UNITED STATES MAGISTRATE JUDGE