IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM AKBAR-JONES, | No. 2:13-CV-0058-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL McDONALD, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, has removed this civil action from Lassen County Superior Court. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 24, 2013, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections[1] to the findings and recommendations have been filed.

///

---

[1] The court also notes the opposition plaintiff filed in response to the motion to remand. That opposition has also been reviewed and considered.

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule
2  304(f), this court has conducted a de novo review of this case.  Having carefully reviewed the
3  entire file, the court finds the findings and recommendations to be supported by the record and by
4  proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1.  The findings and recommendations filed January 24, 2013, are adopted in
7  full;
8  2.  Defendant's motion to remand (Doc. 5) is granted; and
9  3.  This action is remanded back to the Lassen County Superior Court.

11  Dated: April 23, 2013

Troy L. Nunley
United States District Judge